In the Matter of JOHN A. MEENAGH et al., Respondents, Impleaded with Others, against THOMAS E. DEWEY, as District Attorney of the County of New York, Appellant.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 292.)

WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent, v. JOHN W. SAUNDERS et al., Appellants.

Submitted October 6, 1941; decided October 16, 1941.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 462.)

In the Matter of the Accounting of ANNA M. VOLK, as Administratrix of the Estate of WILLIAM F. PAPPALAU, Deceased, Respondent.

HARRY PAPPALAU, Appellant.

Submitted October 6, 1941; decided October 16, 1941.

*George W. Foy* for motion.
*Borden H. Mills* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless the appeal is perfected within ten days, in which event the motion is denied.